**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**ANDREW CERVANTES,**<br><br>　　　　**Defendant.** | Case No.: 15-CR-230 YGR<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT (DKT. NO. 23)** |

The Court has reviewed the Motion of the United States to Dismiss the indictment against Defendant Andrew Cervantes. (Dkt. No. 23.) Good cause appearing, the motion is **GRANTED**.

The indictment in this matter is **DISMISSED**.

**IT IS SO ORDERED**.

Date: September 27, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**